UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-cv-10607-WDK-MAA                          Date: May 14, 2024

Title    _Oscar Horacio Dominguez Urueta v. Warden B. Birkholz_

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|              Cindy Delgado              |              N/A              |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| :---: | :---: |
| N/A | N/A |

**Proceedings (In Chambers):**       **Order to Show Cause Regarding Petitioner's Failure to File Opposition to Respondent's Motion to Dismiss (ECF No. 7)**

On December 18, 2023, Petitioner Oscar Horacio Dominguez Urueta ("Petitioner") filed a *pro se* Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition"). (Pet., ECF No. 1.) After Petitioner paid the filing fee (ECF No. 4), on February 13, 2024, the Court issued an Order Requiring Response to Petition ("ORR," ECF No. 5). On March 13, 2024, Respondent filed a Motion to Dismiss the Petition ("Motion"). (ECF No. 7.) By the terms of the ORR, Petitioner's opposition to the Motion was due within thirty days after service of that Motion, or April 12, 2024. (ORR 2.)

On April 5, 2024, Petitioner filed a "Letter Requesting and Soliciting Your Consideration to My Motion," requesting that the Court grant his Petition. (ECF No. 10.) The Court construed the Letter as a motion, denied it as premature in light of the pending Motion, and *sua sponte* extended the time to file an opposition to the Motion to April 26, 2024. (ECF No. 11.) To date, Petitioner has neither filed an opposition to the Motion nor requested an extension of time in which to file such opposition.

Petitioner is **ORDERED TO SHOW CAUSE** by **June 13, 2024** why the Court should not recommend that the lawsuit be dismissed for failure to file an opposition to the Motion, failure to comply with Court orders, and failure to prosecute. If Petitioner files an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-cv-10607-WDK-MAA                                Date: May 14, 2024

Title      *Oscar Horacio Dominguez Urueta v. Warden B. Birkholz*

      **Petitioner is advised that failure to file an opposition to the Motion may be construed as consent to the granting of the Motion and may result in a recommendation that the lawsuit be dismissed.  *See* C.D. Cal. L.R. 7-12.  Petitioner also is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders.  *See* C.D. Cal. L.R. 41-1.**

      This Order is non-dispositive.  However, if Petitioner believes this Order erroneously disposes of any of his claims or precludes any relief sought, he may file objections with the district judge within twenty (20) days after the date of the Order.  *See Bastidas v. Chappell*, 791 F.3d 1155, 1162 (9th Cir. 2015); Fed. R. Civ. P. 72.

      It is so ordered.