JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Horacio Dominguez Urueta,<br><br>Petitioner,<br><br>v.<br><br>B. Birkholz, Warden,<br><br>Respondent. | Case No. 2:23-cv-10607-WDK-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 20, 2024

_____
HONORABLE WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE